UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BANK OF NEW YORK MELLON CORP.<br>FOREX TRANSACTIONS LITIGATION<br><br>This Document Relates To:<br><br>*Southeastern Pennsylvania Transportation Authority v. The Bank of New York Mellon Corp., et al.*<br><br>*International Union of Operating Engineers, Stationary Engineers Local 39 Pension Trust Fund v. The Bank of New York Mellon Corp., et al.*<br><br>*Ohio Police & Fire Pension Fund, et al. v. The Bank of New York Mellon Corp., et al.* | Master File No. 12 MD 2335 (LAK)<br><br><br><br>12 Civ. 3066 (LAK)<br><br><br>12 Civ. 3067 (LAK)<br><br><br><br>12 Civ. 3470 (LAK)<br><br>**Plaintiffs' Motion To Dismiss Defendants' Counterclaims and Third-Party Claims Pursuant to Federal Rules of Civil Procedure 12(b)(6), 13 and 16(b)(4)** |

To: Reid M. Figel, Esquire
Rebecca A. Beynon, Esquire
Andrew C. Shen, Esquire
Andrew E. Goldsmith, Esquire
Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Plaintiffs Southeastern Pennsylvania Transportation Authority ("SEPTA"), International Union of Operating Engineers, Stationary Engineers Local 39 Pension Trust Fund ("Local 39 Fund") (along with its Trustees Paul Bensi, Lyle Setter, Jerry Kalmar and Bart Florence (the "Trustees")), and the Ohio Police & Fire Pension Fund and

School Employees Retirement System of Ohio (together "Ohio Funds") (collectively, "Plaintiffs"), on behalf of themselves and the putative classes they seek to represent, by and through their undersigned counsel, shall move this Court to dismiss the counterclaims and third-party claims of Defendants-Counterclaimants The Bank of New York Mellon and The Bank of New York Mellon Trust Company, National Association (collectively, "Defendants") pursuant to Federal Rules of Civil Procedure 12(b)(6), 13 and 16(b)(4) in the above-captioned matters before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date and at a time to be determined by the Court. Defendants' counterclaims and third-party claims that are the subject of the motion are: (1) breach of contract asserted against Plaintiffs SEPTA and the Local 39 Fund (and its Trustees) and (2) conditional breach of contract against unnamed class members in each of the above-captioned matters.

PLEASE TAKE FURTHER NOTICE that no trial date has been established in this matter.

| | |
|---|---|
| KESSLER TOPAZ MELTZER & CHECK LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| By: /s/ Joseph H. Meltzer | By: /s/ Daniel P. Chiplock |
| Joseph H. Meltzer<br>Sharan Nirmul<br>Shannon O. Braden<br>Sekou Campbell<br>KESSLER TOPAZ MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>Email: jmeltzer@ktmc.com<br>       snirmul@ktmc.com<br>       sbraden@ktmc.com<br>       scampbell@ktmc.com | Elizabeth J. Cabraser<br>Steven E. Fineman<br>Daniel P. Chiplock<br>Daniel E. Seltz<br>Michael J. Miarmi<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br>E-mail: ecabraser@lchb.com<br>        sfineman@lchb.com<br>        dchiplock@lchb.com<br>        dseltz@lchb.com<br>        mmiarmi@lchb.com |

*Interim Co-Lead Class Counsel*

Brian K. Murphy
MURRAY MURPHY MOUL + BASIL LLP
1533 Lake Shore Drive
Columbus, Ohio 43204
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
*Additional Counsel for Ohio Funds*

Michael P. Thornton
Michael A. Lesser
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
*Additional Counsel for Plaintiff Local 39 Fund*

Michael P. Lehmann
Christopher L. Lebsock
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
*Additional Counsel for Plaintiff Local 39 Fund*

Bradley E. Beckworth
Brad Seidel
NIX PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415-5335

and

Jeffrey J. Angelovich
NIX PATTERSON & ROACH, LLP
3600 B. North Capital of Texas Highway
Suite 350
Austin, TX
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*Additional Counsel for Plaintiff SEPTA*

Gregory S. Hach
Michael A. Rose
Frank R. Schirripa
HACH ROSE SCHIRRIPA & CHEVERIE LLP
185 Madison Avenue, 14th Floor
New York, New York 10016
Telephone: (212) 213-8311
Facsimile: (212) 779-0028
*Additional Counsel for Plaintiff Local 39 Fund*